UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **CALVIN BAILEY,** | CASE NO: 18-1181-STA-jay related to criminal case No.: 1:15-CR-10011 |
| Defendant. | |
| **TENNESSEE CONSOLIDATED RETIREMENT SYSTEM,** | |
| Garnishee, | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order of Garnishment of Pension Benefit entered on April 23, 2019, this case is TERMED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 4/30/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk